United States Courts
Southern District of Texas
FILED

JAN 22 2024

Nathan Ochsner, Clerk of Court

January 17, 2024

United States District Court
Clerk
PO Box 61010
Houston, Texas 77208

Re: Timothy Aguilar v. Network Insurance Senior Health Division et al, Case 4:23-CV-3988, United States District Court – Houston Division

Dear Clerk:

The Proof of service that I submitted previously via mail on January 7th – was Proof of Service for Defendant Berken Media LLC. The address reflected in the Proof of Service is for Berken Media. On Pacer it shows that Proof of Service was upon Defendant Network Insurance Sr. Health.

Thank you for your service in this matter.

Tim Aguilar
832-689-7311

January 3, 2024

United States District Court
Clerk
PO Box 61010
Houston, Texas 77208

Re: Timothy Aguilar v. Network Insurance Senior Health Division et al, Case 4:23-CV-3988, United States District Court – Houston Division

Dear Clerk:

Please find enclosed for filing in the above referenced case the following:

(a) Proof of Service – Berken Media LLC

Thank you for your service in this matter.

Tim Aguilar
832-689-7311

FOREVER
NORTH HOUSTON TX 773
18 JAN 2024 PM 6 L
Clerk
U.S. District Court
P.O. Box 61010
Houston, Tx 77208
United States Courts
Southern District of Texas
FILED
JAN 22 2024
Nathan Ochsner, Clerk of Court
77208-101010
Aguilar T.
2807 Randolph Rd
Pasadena, Tx
77503