| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03988-LHR |
|---|---|---|---|

| Tim Aguilar |
|---|
| *versus* |
| Network Insurance Senior Health Devision ALG, LLC, Onvoy LLC, Peerless Network, Inc., Badwidth Inc., and Berkin Media LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lauri A. Mazzuchetti<br>Kelley Drye & Warren LLP<br>One Jefferson Road<br>Parsippany, NJ 07054<br>(973) 503-5910<br>LMazzuchetti@KelleyDrye.com<br>New Jersey (Bar Number: 38481999)<br>District of New Jersey (Bar Number: 38481999) |
|---|---|

| Name of party applicant seeks to appear for: | Peerless, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  1/26/2024 | Signed: | /s/ Lauri A. Mazzuchetti |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                              United States District Judge