| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-3988 |
|---|---|---|---|

| Timothy Aguilar |
|---|
| *versus* |
| Network Insurance Senior Health Devision ALG, LLC, Onvoy LLC, Peerless Network, Inc., Badwidth Inc., and Berkin Media LLC |

| | |
|---|---|
| Lawyer's Name | Sean F. McLernon |
| Firm | Kelley Drye & Warren LLP |
| Street | 3 World Trade Center |
| | 175 Greenwich Street |
| City & Zip Code | New York, NY 10007 |
| Telephone & Email | (212) 808-7826 |
| | SMcLernon@KelleyDrye.com |
| Licensed: State & Number | New York State - Registration No. 5606355 |
| Federal Bar & Number | Southern District of New York - Bar No. 5606355 |

| Name of party applicant seeks to appear for: | Peerless, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___   ___   No ___ ✔ ___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/26/2024 | Signed: | /s/ Sean F. McLernon |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____   _____
United States District Judge