AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| TIMOTHY AGUILAR | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-3988 |
| NETWORK INSURANCE SENIOR HEALTH DIVISION ALG LLC., et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peerless Network, Inc.

Date: 1/29/2024

/s/ Jennifer C. Barks
*Attorney's signature*

Jennifer C. Barks - Texas Bar No. 24087257
*Printed name and bar number*
Kelley Drye & Warren LLP
515 Post Oak Boulevard, Suite 900
Houston, TX 77027

*Address*

JBarks@KelleyDrye.com
*E-mail address*

(713) 355-5007
*Telephone number*

(713) 355-5001
*FAX number*