United States District Court
Southern District of Texas
**ENTERED**
March 20, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TIMOTHY AGUILAR, | ) |
| Plaintiff, | ) ) ) Case No. 4:23-CV-3988 |
| v. | ) ) |
| NETWORK INSURANCE SENIOR HEALTH DIVISION ALG, LLC, ONVOY, LLC, BANDWIDTH INC., PEERLESS NETWORK, INC. & BERKEN MEDIA LLC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING DEFENDANT PEERLESS NETWORK, INC.'S UNOPPOSED MOTION TO WITHDRAW SEAN F. MCLERNON AS COUNSEL FOR DEFENDANT PEERLESS NETWORK, INC.

Defendant Peerless Network, Inc.'s ("Peerless") Unopposed Motion to permit Sean F. McLernon to withdraw as counsel for Peerless in this matter is **GRANTED.**

Mr. McLernon is hereby withdrawn as counsel for Peerless; and it is further

The docket will be amended to reflect that Mr. McLernon has withdrawn as counsel for Peerless and no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case.

Signed on _____March 20, 2024_____ at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge