United States District Court
Southern District of Texas

**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03988-LHR |
|---|---|---|---|

| Timothy Aguilar |
|---|
| *versus* |
| Network Insurance Senior Health Division ALG, LLC, Onvoy LLC, Peerless Network, Inc., Bandwidth Inc., and Berkin Media LLC |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Bryce T. Brenda<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>(212) 808-5039<br>bbrenda@kelleydrye.com<br>New York State - Registration No. 5954771<br>Southern District of New York - Bar No. 5954771<br>Eastern District of New York - Bar No. 5954771 |

| Name of party applicant seeks to appear for: | Peerless, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?    Yes _____    No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 4/2/2024 | Signed: /s/ Bryce T. Brenda |
|---|---|

| The state bar reports that the applicant's status is:    active. |
|---|
| Dated: 04/02/2024    Clerk's signature    *Glenda Hassan* |

### Order

Dated: 04/02/2024

This lawyer is admitted *pro hac vice*.

*Lee H. Rosenthal*
United States District Judge