UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TIMOTHY AGUILAR                                          Case No. 4:23-cv-3988
        Plaintiff

v.

NETWORK INSURANCE SENIOR HEALTH
DIVISION ALG, LLC, ONVOY LLC, ONVOY LLC.INC,
PEERLESS NETWORK, INC & ROBERT KENYON,
BERKEN MEDIA LLC,  MUTUAL OF OMAHA, DOE
TELEMARKETING COMPANIES, JOHN &
JANE DOE'S 1-1120

                                                        JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE OF TAYLOR DYKEMA PLLC

Keana Taylor and Erik Dykema with the law firm of Taylor Dykema PLLC files this Notice

and informs the Court that they are representing Plaintiff Timothy Aguilar as counsel in this matter.

The Court and all counsel of record are requested to direct all future filings and

correspondence to their attention.

April 10, 2024                                   Respectfully submitted,

                                                  /s/ Keana Taylor

                                                 Keana T. Taylor
                                                 Texas State Bar No: 24042013
                                                 Email: keana@taylordykema.com
                                                 Direct Cell: 713-299-6404

                                                 Erik Dykema
                                                 New Jersey State Bar No:
                                                 021652010
                                                 Email: erik@taylordykema.com

                                                 **Taylor Dykema PLLC**
                                                 914 E. 25th St.
                                                 Houston, Texas 77009

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system today, April 10, 2024.

_/s/ Keana Taylor_
Keana Taylor
