United States District Court
Southern District of Texas
**ENTERED**
May 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Timothy Aguilar<br>    Plaintiff,<br><br>v.<br><br>Network Insurance Senior Health Division ALG, LLC, *et al.*,<br>    Defendants. | Civil Action No. 4:23-cv-3988 |

### ORDER DISMISSING DEFENDANTS BANDWIDTH INC., PEERLESS NETWORK, INC., AND ONVOY LLC WITH PREJUDICE

Plaintiff Timothy Aguilar's Stipulation of Dismissal, dismisses Defendants Bandwidth Inc., Peerless Network, Inc., and Onvoy LLC WITH prejudice.

Plaintiff's claims against any other Defendant still in the case are NOT affected by this dismissal.

Signed on May 16, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

1