**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| TIMOTHY AGUILAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NETWORK INSURANCE SENIOR HEALTH DIVISION ALG, LLC, ONVOY, LLC, BANDWITH, INC, PEERLESS NETWORK, INC, BERKEN MEDIA LLC, ROBERT KENYON, MUTUAL OF OMAHA, DOE TELEMARKETING COMPANIES, JOHN & JANE DOE'S 1-1120<br><br>　　　　Defendants. | Case No. 4:23-cv-3988 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Timothy Aguilar and Defendant Mutual of Omaha jointly submit this notice to inform the Court that Plaintiff and Mutual have tentatively settled this matter in principle and expect to file a stipulation of dismissal, which will dispose of all claims against Mutual of Omaha, within the next 30 days.

The Parties thus ask the Court to stay all deadlines that pertain to Mutual of Omaha, including Mutual of Omaha's February 9th, 2026, response deadline (ECF No. 144), for 30 days while they finalize their settlement agreement.

Dated: February 9, 2026.


[Signatures on the Following Page]

| | |
|---|---|
| */s/ Keana T. Taylor* | /s/ *Matthew B. Peters* |
| Keana T. Taylor (with permission) | Benjamin D. Williams |
| Texas State Bar No: 24042013 | Texas Bar No. 24072515 |
| Email: keana@taylordykema.com | U.S.D.C. Fed. Id. No. 1447500 |
| Direct Cell: 713-299-6404 | Attorney-in-Charge |
| Erik Dykema | Ryan D. Watstein (*pro hac vice*) |
| New Jersey State Bar No: 021652010 | Georgia Bar No. 266019 |
| Email: erik@taylordykema.com | Matthew B. Peters (*pro hac vice*) |
| Taylor Dykema PLLC | Georgia Bar No. 247568 |
| 914 E. 25th St. | WATSTEIN TEREPKA LLP |
| Houston, Texas 77009 | 75 14th Street NE, Ste. 2600 |
| | Atlanta, Georgia 30309 |
| *Counsel for Plaintiff* | Tel: (404) 779-5190 |
| | Telephone: (404) 779-5189 |
| | bwilliams@wtlaw.com |
| | ryan@wtlaw.com |
| | mpeters@wtlaw.com |
| | |
| | *Counsel for Defendant Mutual of Omaha* |

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 9, 2026, I conferred with Keana Taylor, counsel for Plaintiff, who stated Plaintiff joins this Notice of Settlement.

*/s/Matthew B. Peters*
Matthew B. Peters

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Matthew B. Peters*
Matthew B. Peters